**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

```
┌──────────────────────────────────┐
│        CLERK'S MINUTES           │
│      STATUS CONFERENCE           │
└──────────────────────────────────┘
```

**Case Number: 8:26-cr-192-JLB-NHA**

---

**UNITED STATES OF AMERICA**

Plaintiff,

**v.**

**BRANDOON DUTCH MENDENHALL**

Defendant.

Government Counsel: Merrilyn Elise Hoenemeyer

Defense Counsel: Mark P. Rankin

| Judge: | **Christopher P. Tuite** | Court Reporter: | Lori Cecil Vollmer |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | July 13, 2026 | Time: Total: | 2:02PM – 2:04PM  2 minutes |

Counsel identified for the record.

Defendant's *Oral Motion for Continuance* is GRANTED, for reasons stated on the record. The Government had no objection.

Counsel advised that he has the authority to waive speedy trial through December 2026. The Court directed counsel to file the written Waiver of Speedy Trial within ten (10) calendar days. This case is continued to the NOVEMBER 2026 trial term commencing November 2, 2026. Criminal Status Conference will be held on October 13, 2026 at 1:30PM via zoom video conference.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial.  The Court finds that the time from now until the end of the November 2026 trial calendar constitutes excludable time.